Michael E. Piston
Attorney At Law
38-08 Union St., Suite 9A
Flushing, NY 11354
Tel (646) 876-3772
Michaelpiston4@gmail.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYUNG HEE KIM, YE JI KIM, JEONG JUN KIM<br><br>1209 N Charles St., #317<br>Baltimore, MD 21201<br><br>         Plaintiffs,<br><br>vs<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>5900 Capital gateway drive Mailstop 2120<br>Camp springs, MD 20588-0009<br><br>CHIEF OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' IMMIGRANT INVESTOR PROGRAM OFFICE<br><br>131 M STREET NE<br>WASHINGTON, DC 20529<br><br>         Defendants | Case No.:<br><br><br>COMPLAINT |

## DESCRIPTION OF ACTION

COMPLAINT - 1

1. This complaint is brought by the Plaintiffs against the Defendants to compel a decision on their Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status.

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The Plaintiffs, Kyung Hee Kim, Ye Ji Kim and Jeong Jun Kim, are a family. They are all citizens and natives of the Republic of Korea and a conditional permanent resident of the United States. Kyung Hee Kim is the principal and "USCIS alien number" is A213 023 286. Her dependents are: Ye Ji Kim (A 066 066 919) and Jeong Jun Kim (A 066 066 920).

4. The Defendant, United States Citizenship and Immigration Services (USCIS) is a federal agency charged with the authority to adjudicate Forms I-829. It resides in the District of Columbia and Maryland.

5. The Defendant, Chief of the USCIS's Immigrant Investor Program Office, is the officer with immediate responsibility for the adjudication of Plaintiff's Form I-829. The Chief resides for official purposes in District of Columbia.

6. Upon information and belief derived from the presumption of regularity, these Defendants have been delegated by the Secretary of Homeland Security his duties under 8 U.S.C. § 1186b(c)(3)(A).

## BRIEF STATEMENT OF RELEVANT FACTS

7. On October 1, 2019, Kyung Hee Kim filed upon her own behalf, and on behalf of Ye Ji Kim and Jeong Jun Kim, a Form I-829, Petition by Investor to Remove Conditions on Permanent Resident, which was assigned USCIS File No. WAC2090002747. The dependents also have a receipt number as follows: Ye Ji Kim (WAC2000450034) and Jeong Jun Kim (WAC2000450035).

8. No action has been taken on these petitions over four years since they were filed.

9. As of today, the Plaintiffs' petitions remain under the jurisdiction of the Defendants and are unadjudicated.

CAUSES OF ACTION
ACTION TO COMPEL AN OFFICER OR AGENCY
OF THE UNITED STATES TO PERFORM HIS OR ITS DUTY

10. The Defendants are each agencies or officers of the United States.

11. 8 U.S.C. § 1186b(c)(3)(A) provides that:

> In general.--If--
> (i) A petition is filed in accordance with the provisions of paragraph (1)(A), and
> (ii) the alien investor appears at any interview described in paragraph (1)(B),
> the Secretary of Homeland Security shall make a determination, within 90 days of the date of such filing or interview (whichever is later), as to whether the facts and information described in subsection (d)(1) and alleged in the petition are true with respect to the qualifying commercial enterprise.

12. The Plaintiffs' petitions were filed in accordance with the provisions of paragraph (1)(A) of 8 U.S.C. § 1186b(c).

13. The Plaintiffs have never been scheduled for an interview described in paragraph (1)(B) of 8 U.S.C. § 1186b(c).

14. Therefore the Defendants, as the representatives of the Secretary of Homeland Security, each have a duty to make a determination, within 90 days of the date of the Plaintiff's petition's filing, as to whether the facts and information described in subsection (d)(1) and

COMPLAINT - 3

alleged in the petition are true with respect to the qualifying commercial enterprise and, if they are true, to approve the petition.

15. The Defendants further each and all owe a duty to the Plaintiff to adjudicate their aforementioned petition within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

16. Furthermore, 18 U.S.C. § 1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, … ."

17. Accordingly, the over four-year period in which the Plaintiffs' Form I-829 has been pending with the Defendants is beyond that which these officers or employees reasonably require to adjudicate it.

18. This Court has authority under 28 U.S.C. § 1361 to compel an officer or agency of the United States to perform a duty owed to the Plaintiff.

19. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court issue an Order compelling the Defendants to adjudicate Plaintiff's Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status, as soon as reasonably possible and, in any event, in no later than 30 days from such an Order of this Court.

Respectfully submitted, November 14, 2023.

COMPLAINT - 4

Without further delay:

*/s/ Michael Piston*
Michael Piston
Attorney At Law
38-08 Union St., Suite 9A
Flushing, NY 11354
Tel  (646) 876-3772
Michaelpiston4@gmail.com

COMPLAINT - 5